UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY HENRY,

    Plaintiff,

v.

U.S. BANK, N.A., AS TRUSTEE,
SUCCESSOR IN INTEREST TO BANK OF
AMERICA, N.A. AS SUCCESSOR BY
MERGER OF LASALLE BANK, N.A. AS
TRUSTEE FOR WWALT 2006-1,

    Defendant.
_____/

Case No. 14-10392

Honorable Nancy G. Edmunds

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [9] AND GRANTING DEFENDANT'S MOTION TO DISMISS [2]**

This matter comes before the Court on the Magistrate Judge's Report and Recommendation [ECF No. 9]. Being fully advised in the premises and having read the record and the pleadings, including the Report and Recommendation,[1] the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation, GRANTS Defendant's motion to dismiss [2], and DISMISSES WITH PREJUDICE Plaintiff's complaint against Defendant.

    SO ORDERED.

        S/Nancy G. Edmunds
        Nancy G. Edmunds
        United States District Judge

---

[1]Timely objections were not filed.

Dated:  August 18, 2014

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 18, 2014, by electronic and/or ordinary mail.

       S/Carol J. Bethel
       Case Manager